LYNN & CAHILL, LLP, Respondent, v NADINE WITKIN, Appellant.

Submitted April 8, 2013; decided June 6, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER B., Appellant.

Submitted April 1, 2013; decided June 6, 2013

Motion for reargument of motion for leave to appeal denied [*see* 20 NY3d 860 (2013)].

Judge ABDUS-SALAAM taking no part.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v MARK RUSSELL, Respondent.

Submitted April 29, 2013; decided June 6, 2013

Motion to vacate this Court's April 2, 2013 dismissal order granted [*see* 21 NY3d 910 (2013)].

In the Matter of TIMOTHY QUINN, Appellant, v RAYMOND KELLY, Police Commissioner of the City of New York, et al., Respondents.

Submitted March 18, 2013; decided June 6, 2013

Motion for reargument of motion for leave to appeal denied with $100 costs and necessary reproduction disbursements [*see* 19 NY3d 813 (2012)].

Judges RIVERA and ABDUS-SALAAM taking no part.